**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EARTHA MAE HARRIELL,**

        **Plaintiff,**

**-vs-**           Case No. **6:04-cv-905-Orl-19DAB**

**DIGIBELLY, INC., ERIC B. DELISLE,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (Doc. No. 24)**
>
> **FILED:** May 2, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

> **MOTION:** **PLAINTIFF'S AMENDED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (Doc. No. 25)**
>
> **FILED:** May 3, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff sued Defendants for violations of the Fair Labor Standards Act, 29 U.S.C. § 201. Defendants answered the Complaint on July 13, 2004. Doc. No. 8. Defendants failed to cooperate in scheduling mediation (*see* Doc. No. 18), and the Court set a case management conference. Defendants' counsel has moved to withdraw and represented at the conference that he had been

unable to reach his clients. Defendants have failed to answer any of the discovery served by Plaintiff and Plaintiff filed her Motion (and Amended Motion) to Compel Discovery. Doc. Nos. 24 & 25. Defendants have not filed a response and Defendants counsel informed Plaintiff's counsel that the Defendants' have failed to respond to any requests from counsel's office. Doc. No. 25 at 2.

Pursuant to Federal Rule of Civil Procedure 37, the Court may impose discovery sanctions, including entering a default, when the party "fails to obey an order to provide or permit discovery." Fed. R. Civ. P. 37(b)(2). Rule 37(b)(2) provides a range of sanctions that a district court may impose upon parties and their attorneys for failure to comply with the court's discovery orders. It provides that the court, in its discretion, may impose, among others, the following sanctions: (1) the court may order that disputed facts related to the violated order be considered established in accordance with the claim of the party obtaining the sanctions order; (2) the court may refuse to permit the violating party to raise certain defenses, or it may prohibit that party from opposing certain claims or defenses of the party obtaining the sanctions order; (3) the court may strike any pleadings or any parts of the pleadings of the violating party, stay the proceedings, or even dismiss the action or enter a judgment of default against the violating party; and (4) the court may consider the violation a contempt of court. Fed. R. Civ. P. 37.

Pursuant to Federal Rule of Civil Procedure 37(a), it is **ORDERED** that Defendants shall respond to Plaintiff's mandatory initial disclosures, interrogatories, and requests for production **within 11 days of the date of this ORDER**. The Court admonishes Defendants that failure to comply could result in imposition of sanctions, including (1) striking of certain pleadings; (2) barring Defendants from asserting certain defenses or introducing certain evidence; (3) treatment of Defendants' conduct as contemptuous; and/or (4) assessment of reasonable attorney's fees and expenses. Fed. R. Civ. P.

37(b).  **In addition**, **Defendants' failure to defend the claims against him may result in a default judgment being entered against them.**

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record