# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EARTHA MAE HARRIELL,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:04-cv-905-Orl-DAB**

**DIGIBELLY, INC., ERIC B. DELISLE,**

**Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH DISCOVERY ORDER (Doc. No. 28)** |
| **FILED:** | **July 18, 2005** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |
| **MOTION:** | **PLAINTIFF'S MOTION FOR SANCTIONS FOR FAILURE TO COORDINATE MEDIATION (Doc. No. 29)** |
| **FILED:** | **July 18, 2005** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Plaintiff is suing Defendants for wages due under the Fair Labor Standards Act.  Defendants

have been represented by counsel, John Benford, Esq., who has previously moved to withdraw based

on Defendants' failure to cooperate with him to defend the case.  *See*  Doc. No. 23.  The Court

previously warned Defendants that their continued failure to cooperate with counsel would cause them to suffer the consequences of their compromised legal representation, and could result in a having a default judgment entered against them.  Doc. No. 23 at 1-2.

Plaintiff now seeks sanctions, including the striking of Defendants' Answer and default judgment, for Defendants' refusal to respond to any discovery and participate in mediation.  In the Joint Final Pretrial Stipulation, Mr. Benford states that despite his continuing numerous and diligent attempts to communicate with Defendants, he has been unable to reach them.  Doc. No. 30.

Given the Court's previous order to Defendants to comply, Defendants' failure to participate in defense of the claims against them, refusal to respond to discovery, and failure to participate in court-ordered mediation, the Court finds the appropriate sanction to be the entry of default judgment against them.  Fed. R. Civ. P. 37(b) (the court may treat Defendants' conduct as contemptuous and assess reasonable attorney's fees and expenses).  Within 11 days of the date of this Order, Plaintiff is **ORDERED** to file documents in support of the damages claimed and any attorney's fees sought.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-